Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHARON GILMORE,** | Case No. 3:11-cv-01950-JAH-RBB |
| Plaintiff, | **JOINT MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| **ALLIANCEONE INCORPORATED,** | |
| Defendant. | |

  NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney's fees.   A proposed order has been concurrently submitted to this Court via email.

  Respectfully submitted this 19th day of April, 2012

    By: s/Todd M. Friedman
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

    By: s/Jeffrey Topor
      Simmons and Narita LLP
      Attorney for Defendant

Stipulation to Dismiss- 1

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jeffrey Topor, counsel for Defendant, Allianceone Incorporated. and that I have obtained Mr. Topor's authorization to affix his electronic signature to this document.

By: s/Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 19th day of April, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Jeffrey Topor
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco CA 94104

This 19th day of April, 2012.

s/Todd M. Friedman
Todd M. Friedman